DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FUCIEN RICHELIEU,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and
**VILAINE MERCEDES OVILMAR,**
Appellees.

No. 4D19-3389

[February 12, 2020]

Appeal from the State of Florida, Department of Revenue, Division of Administrative Hearings, L.T. Case Nos. CSP Case No. 1176603019, DOAH Case No. 19-004769-CS and Depository No. 50190700545CA.

Fucien Richelieu, West Palm Beach, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Department of Revenue.

PER CURIAM.

*Affirmed.  See* Fla. R. App. 9.315(a).

WARNER, GROSS and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***